x:\tc51639\appear

WDJ/ls
File No.: TC-51639

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X
DAVID REYNOLDS AND KATHERINE REYNOLDS,

      Plaintiffs,

   -against-

ALAN KASMAN DBA KASCO, AMERICAN EXPRESS BANK, LTD, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., AMERICAN STOCK EXCHANGE CLEARING LLC, AMERICAN STOCK EXCHANGE LLC, AMERICAN STOCK EXCHANGE REALTY ASSOCIATES LLC, AMEX COMMODIITES LLC, AMEX INTERNATIONAL INC., AMEX INTERNATIONAL LLC, AMEX SEAT OWNERS ASSOCIATION, INC., AMEX SPECIALISTS ASSOCIATION, INC., ANN TAYLOR STORES CORPORATION, BANKERS TRUST COMPANY, BATTERY PARK CITY AUTHORITY, BFP TOWER C CO. LLC., BFP TOWER C MM LLC., BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., BT PRIVATE CLIENTS CORP., DEUTSCHE BANK TRUST COMPANY, AMERICAS, DEUTSCHE BANK TRUST CORPORATION, ENVIROTECH CLEAN AIR, INC., FGP 90 WEST STREET INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., KIBEL COMPANIES. LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS, INC., LEHMAN COMMERCIAL PAPER, INC.,

     NOTICE OF
     APPEARANCE

     07 CV 3446

LIBERTY STREET REALTY, MCCLIER
CORPORATION, MERRILL LYNCH & CO, INC.,
NATIONAL ASSOCIATION OF SECURITIES
DEALERS, INC., NEW YORK CITY ECONOMIC
DEVELOPMENT CORPORATION, NEW YORK CITY
INDUSTRIAL DEVELOPMENT AGENCY, NEW YORK
CITY INDUSTRIAL DEVELOPMENT CORPORATION,
NOMURA HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC., STRUCTURE
TONE (UK), INC., STRUCTURE TONE GLOBAL
SERVICES, INC., THE BANK OF NEW YORK TRUST
COMPANY NA, THE NASDAQ STOCK MARKET,
INC., TISHMAN INTERIORS CORPORATION,
TOSCORP INC., TRAMMELL CROW CORPORATE
SERVICES, INC., TUCKER ANTHONY, INC.,
WESTON SOLUTIONS, INC., WFP RETAIL CO. G.P.
CORP., WFP RETAIL CO. L.P., WFP TOWER A CO.,
WFP TOWER A CO. G.P. CORP., WFP TOWER A. CO.,
L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER B
HOLDING CO., LP, AND WFP TOWER B. CO., L.P., ET
AL,

        Defendants.
------------------------------------------------------------------X

COUNSELORS:

  PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., hereby appear in the above entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below:

Dated: New York, New York
July 11, 2007

                                              WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
                                              BARRY, McTIERNAN & MOORE
                                              Attorneys for Defendants
                                              STRUCTURE TONE, INC. s/h/a
                                              STRUCTURE TONE (UK), INC. and
                                              STRUCTURE TONE GLOBAL SERVICES, INC.
                                              2 Rector Street – 14th Floor
                                              New York, New York 10006
                                              (212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York 10006
(212) 267-3700