UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE     Case No. 21 MC 102 (AKH)
LITIGATION
------------------------------------------------------------------x
DAVID REYNOLDS (and wife, KATHERINE    :   Case No. 07 CV 3446
REYNOLDS),

                Plaintiffs,     :

    - against -                                                    :       **NOTICE OF APPEARANCE**

AMERICAN STOCK EXCHANGE CLEARING    :
LLC, et al.,

               Defendants.
------------------------------------------------------------------x

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant AMEX SEAT OWNERS ASSOCIATION, INC.

    I certify that I am admitted to practice in this court.

Date: August 6, 2007

SILLER WILK LLP
Attorneys for Defendant AMEX Seat
Owners Association, Inc.

By: _____
Pamela L. Kleinberg, Esq. (PK 4508)
675 Third Avenue, 9th Floor
New York, NY 10017
(212) 421-2233

{00178965v1}   1