Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
GENERAL REINSURANCE CORP.
i/s/h/a GENERAL RE SERVICES CORP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    21 MC 102 (AKH)

DAVID REYNOLDS (AND WIFE,                     Index No.: 07-CV-3446
KATHERINE REYNOLDS),
                                                                            **NOTICE OF ADOPTION OF ANSWER**
                                  Plaintiff(s),                      **TO MASTER COMPLAINT**

        -against-                                                  **ELECTRONICALLY FILED**

ALAN KASMAN DBA KASCO, *ET. AL.*,

                                 Defendant(s).
------------------------------------------------------------X

    PLEASE TAKE NOTICE that Defendant, GENERAL REINSURANCE CORP. i/s/h/a GENERAL RE SERVICES CORP., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    WHEREFORE, the defendant, GENERAL REINSURANCE CORP. i/s/h/a GENERAL RE SERVICES CORP., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       January 8, 2008

                              Yours etc.,

                              McGIVNEY & KLUGER, P.C.
                              Attorneys for Defendant
                              GENERAL REINSURANCE CORP. i/s/h/a
                              GENERAL RE SERVICES CORP.

                              By: _____
                              Richard E. Leff (RL-2123)
                              80 Broad Street, 23rd Floor
                              New York, New York 10004
                              (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
          Plaintiffs Liaison
          In Re Lower Manhattan Disaster Site
          Litigation
          115 Broadway, 12th Floor
          New York, New York 10006
          (212) 267-3700

          All Defense Counsel