UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK
-----------------------------------------------------------------X
DAVID REYNOLDS (AND WIFE, KATHERINE REYNOLDS)

                    Plaintiffs,

   -against-

ALAN KASMAN DBA KASCO, ET. AL.,

                    Defendant.

See Rider Attached.
-----------------------------------------------------------------X

Case No.:
21 MC 102 (AKH)

Docket No.: 07CV3446

NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT

Jury Trial Demanded

    Defendant, LIBERTY STREET REALTY, by their attorneys, CALLAN, KOSTER, BRADY & BRENNAN, LLP, adopts its Answer to the Master Complaint served by the answering defendants in 21 MC 102 (AKH) as its answer to the allegations set forth in the Complaint by Adoption (Check-Off Complaint). Pursuant to Case Management Order No. 4, this adoption of answer to the Master Complaint is deemed to deny the allegations of the Check-Off Complaint in this case. To the extent that defendant's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above caption matter, defendant denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

    Wherefore, the defendant demands judgment dismissing the above captioned action, together with its costs and disbursements.

Dated:    New York, New York
            June 4, 2008

                                         Yours etc.,

                                         CALLAN, KOSTER, BRADY & BRENNAN, LLP
                                         Attorneys for Defendants – LIBERTY STREET REATLY

                                         By: _____
                                            Jason J. Lavery (3366)
                                         One Whitehall Street
                                         New York, New York 10004
                                         (212) 248-8800

TO:    WORBY GRONER & NAPOLI BERN, LLP
          Plaintiffs Liaison
          In Re Lower Manhattan Disaster Site Litigation
          115 Broadway, 12th Floor
          New York, New York 10006
          (212) 267-3700

CALLAN, KOSTER,
BRADY & BRENNAN, LLP
COUNSELORS AND
ATTORNEYS AT LAW
One Whitehall Street
New York, New York 10004
212-248-8800

**RIDER**

DAVID REYNOLDS AND KATHERINE REYNOLDS,

                      Plaintiffs,

- against -

ALAN KASMAN DBA KASCO, AMERICAN EXPRESS BANK, LTD, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., AMERICAN STOCK EXCHANGE CLEARING LLC, AMERICAN STOCK EXCHANGE LLC, AMERICAN STOCK EXCHANGE REALTY ASSOCIATES LLC, AMEXCOMMODITIES LLC, AMEX INTERNATIONAL INC., AMEX INTERNATIONAL LLC, AMEX SPECIALISTS ASSOCIATION, INC., ANN TAYLOR STORES CORPORATION, BANKERS TRUST COMPANY, BATTERY PARK CITY AUTHORITY, BFP ONE LIBERTY PLAZA CO., LLC,, BFP TOWER C CO. LLC., BFP TOWERC MM LLC., BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., BT PRIVATE CLIENTS CORP., DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, ENVIROTECH CLEAN AIR, INC., FGP 90 WEST STREET INC., GENERAL RE SERVICES CORP., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., KIBEL COMPANIES, LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS, INC., LEHMAN COMMERCIAL PAPER, INC., LIBERTY STREET REALTY, MCCLIER CORPORATION, MERRILL LYNCH & CO, INC., NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., NEW LIBERTY PLAZA LP, NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY, NEW YORK CITY INDUSTRIAL DEVELOPMENT

CORPORATION, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ONE LIBERTY PLAZA, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THE BANK OF NEW YORK TRUST COMPANY NA, THE BOARD OF MANAGERS OF THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), THE NASDAQ STOCK MARKET, INC., THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), TISHMAN INTERIORS CORPORATION, TOSCORP INC., TRAMMELL CROW COMPANY, TRAMMELL CROW CORPORATE SERVICES, INC., TUCKER ANTHONY, INC., TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, INC, WESTON SOLUTIONS, INC., WFP ONE LIBERTY, ET AL

Defendants.

X